UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY S. JOHNSON, | No. C 09-3947 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| C.D.C. & R., | |
| Respondent. | |

This action is dismissed without prejudice to petitioner filing another action for writ of habeas corpus after he exhausts state court remedies.

IT IS SO ORDERED AND ADJUDGED.

DATED: March 23, 2010

SUSAN ILLSTON
United States District Judge